FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 08 2012

JAMES W. McCORMACK, CLERK
By: _____ 
              DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 4:12 CR 00224 BSM |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1), (b)(1)(A),(B) |
| | ) 21 U.S.C. § 846, 860a |
| ROBERT TIMOTHY THOMPSON and | ) |
| JACKIE JAWANNA MARKHAM | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Beginning on or before June 4, 2012 and continuing to on or about June 7, 2012, in the Eastern District of Arkansas and elsewhere,

ROBERT TIMOTHY THOMPSON and
JACKIE JAWANNA MARKHAM

conspired with each other and other persons known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, methamphetamine, and during the course of the conspiracy more than 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, was involved, thereby violating Title 21, United States Code, sections 841(a)(1), (b)(1)(A) and 846.

## COUNT 2

On or about June 7, 2012, in the Eastern District of Arkansas,

ROBERT TIMOTHY THOMPSON

knowingly and intentionally possessed with intent to distribute and distributed 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and (b)(1)(A).

## COUNT 3

On or about June 7, 2012, in the Eastern District of Arkansas,

ROBERT TIMOTHY THOMPSON and JACKIE JAWANNA MARKHAM

knowingly and intentionally possessed with intent to distribute at least 50 grams, but less than 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, on a premises occupied by a person under the age of 18, thereby violating Title 21, United States Code, sections 841(a)(1), (b)(1)(B) and 860a.

[END OF TEXT SIGNATURE PAGE TO FOLLOW]